FILED

MAR 1 9 2008

MAR 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | **08CR  230** |
|---|---|---|
| v. | ) ) | Violation: Title 18, United States Code, Section 1703(b) |
| MARGARET J. ADAMS | ) ) | |

MAGISTRATE JUDGE DENLOW

The UNITED STATES ATTORNEY charges:

On or about May 30, 2007, at River Grove, in the Northern District of Illinois, Eastern Division,

MARGARET J. ADAMS,

defendant herein, being a United States Postal Service employee, did, without authority, open mail not directed to her, namely, two first class letters addressed to Individual A at an address in River Grove, Illinois, 60171, bearing return addresses in Freeport, Illinois 61032 and Algonquin, Illinois 60102;

In violation of Title 18, United States Code, Section 1703(b).

_____
UNITED STATES ATTORNEY