# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 230 - 1 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Margaret J. Adams | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Enter order appointing Matthew Madden to represent defendant. Defendant waives formal reading of the information and enters a plea of guilty to Count 1 of the Information Defendant informed of rights. Judgment of guilty entered. Sentencing hearing held.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:32

| | Courtroom Deputy Initials: | DK |
|---|---|---|

