# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT FEE

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below) | | |
|---|---|---|---|
| IN THE CASE OF | USA vs. ADAMS | FOR: Mar 26 2008 AT: MAR 2 6 2008 | LOCATION NUMBER: ND IL |

**FILED** Mar 26 2008 — MAGISTRATE JUDGE MORTON DENLOW

PERSON REPRESENTED (Show your full name): Margaret Adams

- 1 ☒ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: 08CR230-1
Court of Appeals:

CHARGE/OFFENSE: ☒ Felony ☐ Misdemeanor — Postal Theft - Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: MPC Products - Skokie, IL
- IF YES, how much do you earn per month? $1,500
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $3000

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No — IF YES, state total amount $1,100

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE / DESCRIPTION:
  - $300,000 — 15,000 Equity in Home
  - $21,000 — Vehicles

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ Married (☐ Single ☐ Widowed ☐ Separated or Divorced)
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Son - 25 yrs old

**DEBTS & MONTHLY BILLS** (List all creditors, including banks, loan companies, charge accounts, etc.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Credit Cards | $15,000 | $500 |
| Mortgage | $280,000 | $2,500 |
| Vehicle | $18,000 | $750 |
| Bills | $ | $500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/26/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Margaret J. Adams